U.S. District Court
Wisconsin Eastern

SEP 1 6 2024

FILED
Clerk of Court

U.S. District Court
Wisconsin Eastern

SEP 1 3 2024

FILED
Clerk of Court



# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**A U.S.P.S. Priority Mail Express parcel with tracking number EL631116291US, addressed to "1520 Plymouth Ln, Apt D, WI 54303, Harol Garcia (sic)," and a return address of "4306 West Humprey, FL 33613, Tampa, Yailen Acota."**

Case Number: 24 M 676

TO:  Any authorized officer of the United States:

### SEARCH AND SEIZURE WARRANT

**TO:  Any authorized law enforcement officer**

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property currently located in the Eastern District of Wisconsin:

**A U.S.P.S. Priority Mail Express parcel with tracking number EL631116291US, addressed to "1520 Plymouth Ln, Apt D, WI 54303, Harol Garcia (sic)," and a return address of "4306 West Humprey, FL 33613, Tampa, Yailen Acota."**

The person or property to be searched, described above, is believed to conceal: A quantity of a ~~controlled substance, proceeds related to the sale of controlled substances,~~ gift cards, altered gift cards, access devices, credit cards, and/or paraphernalia related to gift card/access device fraud, or other evidence of using the mail to facilitate the possession ~~and/or distribution of a controlled substance~~ gift card/access device fraud in violation of title ~~21 U.S.C. § 841(a)(1) and 843(b)~~ 18 U.S.C. § 1029. 15 U.S.C. § 1644 &

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to search on or before _____Sept 23_____, 2024

*(not to exceed 14 days)*

❑ in the daytime 6:00 a.m. to 10:00 p.m.    ❑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Senior United States District Judge William C. Griesbach.

Date and time issued ___Sept 13___, 2024, at ___2:39___ a.m./p.m.

City and state: Green Bay, Wisconsin

THE HONORABLE WILLIAM C. GRIESBACH
 Senior U.S. District Judge
*Name & Title of Judicial Officer*

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 24-M-676 | September 13, 2024 at 3:20 PM | USPS |

Inventory made in the presence of
Investigator Adam Waeghe, Brown County Drug Task Force

Inventory of person or property taken and name of any person(s) seized:

U.S.P.S. Priority Mail Express parcel with tracking number EL631116291US contained 173 Visa gift cards/prepaid debit cards ranging in possible value of $20-$500. I saw the paper packaging on the gift cards appeared to be resealed. I opened the packaging on one of the gift cards and saw the printing in the "security code" section had been scratched off/removed.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/16/2024

_(Executing officer's signature)_

Subscribed, sworn to, and returned before me this date.

Matt Schmur, U.S. Postal Inspector
_(Printed name and title)_

_(U.S. Judge or Magistrate Judge)_

9-16-24
_(Date)_